## WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION ||
|---|---|
| Main Case No: **23-90086** | Name of Debtor: **Tehum Care Services, Inc.** |
| Adversary Case No. **23-03049** | Style of Adversary: *Tehum Care Services, Inc. v. Third Parties* |
| | |
| Witnesses: | |
| **Russell A. Perry** | Judge: **Lopez** |
| **Isaac Lefkowitz** | |
| **Rebuttal/ Impeachment Witnesses** | |
| | Trial Date: **May 17, 2023** |
| | Hearing Time: **1:00 pm** |
| | Party's Name: **RMSC Plaintiffs** |
| | Attorney's Name: **Johnie Patterson** |
| | Attorney's Phone: **713.956.5577** |
| | Nature of Proceeding: *Motion To Extend Automatic Stay (Docket #2)* |
| | |
| | |

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Second Amended Verified Complaint, Case No. 1:16-cv-04936, USDC Southern District of New York | | | | |
| 2 | Schedules (Docket #481) | | | | |
| 3 | SOFA (Docket #482) | | | | |
| | | | | | |
| | *Rebuttal/Impeachment Exhibits* | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |