United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 01, 2023
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: <br><br> TEHUM CARE SERVICES, INC. <br><br> Debtor | Chapter 11 <br><br> Case No. 23-90086 (CML) |

## ORDER ADJOURNING MATTERS

Due to the pending mediation with Judge David R. Jones, all motions to lift the automatic stay, the Motion to Appoint a Chapter 11 Trustee filed at ECF No. 731, and all matters relating to Adv. No. 23-03049 are adjourned to a date to be determined no earlier than August 31, 2023.

Signed: August 01, 2023

_____
Christopher Lopez
United States Bankruptcy Judge